IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARYANN AKKERMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-610-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Maryann Akkerman reversing the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, and remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g).

| /s/ | 5/16/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |