IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARYANN AKKERMAN,

    Plaintiff,                                                    JUDGMENT IN A CIVIL CASE

v.                                                                                Case No.  12-cv-610-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff MaryAnn Akkerman awarding attorney fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $7,500.

| /s/ | 9/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |